UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LADSON BREARLEY and RAKESH KHAN )<br>         Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>FDH INFRASTRUCTURE SERVICES, LLC )<br>         Defendant. ) | **JUDGMENT**<br><br>No. 5:23-CV-47-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 26, 2023, more particularly described therein, that the captioned action be and hereby is remanded to Wake County Superior Court.

**This Judgment Filed and Entered on April 26, 2023, and Copies To:**
Harris Butler / James A. Roberts, III / Matthew Quinn / Samantha Galina (via CM/ECF Notice of Electronic Notification)
Justin Gray / Courtney Tedrowe / Gwendolyn Williams Lewis (via CM/ECF Notice of Electronic Notification)
The Honorable Frank Williams (via U.S. Mail at Wake County Clerk of Superior Court, P. O. Box 351, Raleigh NC 27602)

April 26, 2023                  PETER A. MOORE, JR., CLERK

                                    By  /s/ Sandra K. Collins
                                            Deputy Clerk